JS-6

John Jay LeBron, Esq. (SBN: 201429)
Sandeep G. Agarwal, Esq. (SBN: 210598)
THE LAW OFFICES OF JOHN JAY LEBRON
155 N. Riverview Drive, Suite 212
Anaheim Hills, CA 92808
(714) 386-6048 Tel.
(714) 876-6336 Fax
sga@lebronlaw.com

Attorneys for Plaintiff,
MAI DIEP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI DIEP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a National Banking Association; WACHOVIA MORTGAGE, FSB, a National Banking Association, FKA WORLD SAVINGS BANK, FSB, A Federal Savings Ban NDEX WEST, LLC, a Business Entity Of Unknown form; and DOES 1 to 100, Inclusive,<br><br>Defendants. | CASE NO: **CV 11-4447-VBF (CWx)**<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS CASE IN ITS ENTIRETY** |

Based on the foregoing and good cause showing, IT IS HEREBY ORDERED:

     This matter is dismissed, with prejudice, and no costs are awarded to defendants.  All matters are taken off-calendar.

DATED:    10/25/11
                                                    Honorable Judge of the U.S. District Court

1

ORDER